UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SUSAN LAWRENCE,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 20, inclusive<br><br>Defendants. | CASE NO.: 1:22-cv-00931-AWI-EPG<br><br>JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER<br><br>(ECF No. 38) |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff, SUSAN LAWRENCE, ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant"), by and through their respective counsel, hereby agree, stipulate, and request that the Court modify the pretrial schedule in accordance with the stipulated schedule set forth herein:

1. This matter has been temporarily assigned to NODJ as of December 04, 2023. (ECF No. 33)

2. Plaintiff's Independent Medical took place on January 31, 2024.

3. Plaintiff plans to depose Costco Employees Patricia Medrano and Rory Beasley on March 5, 2024.

4. Plaintiff plans to depose Defendant's person most knowledgeable ("PMK") of Costco Store Safety Measures, PMK of Costco Store Sweeps, and Costco Employee Angie Pease. The coordination of Defendant's PMK depositions is in progress. A new deposition date had not yet been confirmed but is anticipated to take place no later than April 2024.

5. Following the depositions mentioned above, Plaintiff anticipates that additional time for non-expert discovery will be necessary, in light of information garnered from those depositions.

6. Both Parties have agreed upon a mediator and are working together to schedule a mediation. It is anticipated that mediation will take place no later than May 2024.

7. For these reasons, good cause exists to extend the discovery deadline.

8. The Parties agree that if the pretrial deadlines are extended in accordance with this stipulation and a new pretrial deadline is a Saturday, Sunday, or legal holiday, the deadline will be the preceding day that is not a Saturday, Sunday, or legal holiday.

9. Through their meet and confer efforts, Parties by and through their respective counsel, hereby agree, stipulate, and request The Court to modify the pretrial schedule as follows:

   A. To extend the Non-expert Discovery Cutoff deadline from March 29, 2024, to June 28, 2024.

   B. To extend the Expert Disclosure deadline from May 03, 2024, to August 2, 2024.

   C. To extend the Rebuttal Expert Disclosure deadline from June 03, 2024, to September 3, 2024.

   D. To extend the Expert Discovery Cutoff deadline from July 03, 2024, to October 4, 2024.

Accordingly, the Parties request that the Court issue the attached Order granting the extension of the briefing schedule, as described above.

1
2  DATED: February 29, 2024                              SAWL LAW GROUP
3
4
5                                                By: _____
                                                      CORINA BURCHFIELD
6                                              Attorney for Plaintiff, SUSAN LAWRENCE
7
8
9  DATED: February 29, 2924                              McCORMICK BARSTOW LLP
10
11                                               By: /s/Gregory S. Mason_____
                                                      GREG S. MASON
12                                             Attorney for Defendant, COSTCO WHOLESALE
13                                                           CORPORATION

3

**ORDER**

Pursuant to the parties' stipulation (ECF No. 38), IT IS ORDERED as follows:

1. The non-expert discovery cutoff deadline is extended from March 29, 2024, to June 28, 2024.
2. The expert disclosure deadline is extended from May 03, 2024, to August 2, 2024.
3. The rebuttal expert disclosure deadline is extended from June 03, 2024, to September 3, 2024.
4. The expert discovery cutoff deadline is extended from July 03, 2024, to October 4, 2024.
5. The dispositive motion deadline is extended from August 3, 2024, to November 4, 2024.[1]
6. The status conference set for April 10, 2024, at 10:00 a.m. is continued to July 8, 2024, at 10:30 a.m. For telephonic participation, each party is directed to use the following dial-in number and passcode: 1-888-251-2909, passcode 1024453. The parties shall file a joint status report at least seven days before the status conference.
7. The pretrial conference set for January 13, 2025, at 1:30 p.m. is continued to April 21, 2025, at 1:30 p.m. in Courtroom 5 before the assigned District Judge.
8. The trial set for March 18, 2025, at 8:30 a.m. is continued to June 24, 2025, at 8:30 a.m. in Courtroom 5 before the assigned District Judge.
9. As this is the Court's third extension of the dates in the scheduling order, future extension requests will be disfavored. (ECF Nos. 27, 37). These deadlines should be considered firm and will not be modified absent good cause.

IT IS SO ORDERED.

Dated:   **March 5, 2024**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] It is necessary to extend the remaining deadlines based on the parties' requested extensions.