UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | Case No.   1:22-cv-00931-KES-EPG<br><br>ORDER APPROVING JOINT STIPULATION TO MODIFY THE SCHEDULE<br><br>(ECF No. 41) |

This matter is before the Court on the parties' joint stipulation to "modify the pretrial non-expert discovery cutoff date, for the sole purpose of allowing a site inspection." (ECF No. 41, p. 1).

As grounds, the parties state that they have a mediation scheduled for August 6, 2024, and were unable to find a date agreeable to both sides for a site inspection before the June 28, 2024 discovery deadline. Accordingly, the parties request that the Court extend the discovery deadline to July 15, 2024, for the sole purpose of allowing a site inspection.

Upon review, IT IS ORDERED that the parties' stipulation (ECF No. 41) is approved. The June 28, 2024 non-expert discovery cutoff date is extended to July 15, 2024 for the sole purpose of allowing a site inspection. All other dates remain the same.

IT IS SO ORDERED.

Dated:  **June 3, 2024**              /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE