UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SUSAN LAWRENCE,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 20, inclusive<br><br>    Defendants. | CASE NO.: 1:22-cv-00931-KES-EPG<br><br>JOINT STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES AND EXPERT DISCOVERY DEADLINES; ORDER<br><br>(ECF No. 45) |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff, SUSAN LAWRENCE, ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant"), by and through their respective counsel, hereby agree, stipulate, and request that the Court modify the pretrial expert witness disclosure deadlines and expert witness discovery deadline, by eighteen days, as outlined hereto:

    1.    Plaintiff's Independent Medical Examination took place on January 31, 2024.

    2.    Defendant has deposed Plaintiff.

    3.    Plaintiff has deposed Costco employees Angie Pease, Rory Beasley, and Patricia Medrano.

1

4. Plaintiff has deposed Defendant's persons most qualified ("PMQ") to testify on Costco Store Safety Measures, Store Sweeps, Floor Installation, Video Surveillance, and Prior Slip and Fall Incidents.

5. On July 8, 2024, the parties participated in a Joint Status Conference with Magistrate Judge Erica P. Grosjean.

6. Plaintiff conducted an inspection of Defendant's premises on July 9, 2024.

7. Mediation is currently scheduled for August 6, 2024, with Laurie Quigley-Saldana.

8. Following the July 8, 2024 Joint Status Conference, counsel for Plaintiff and Defendant discussed the timing of the mediation in connection with the expert witness disclosures date of August 2, 2024, and agreed that both Plaintiff and Defendant would be best served to extend the expert witness disclosures date to a date following the mediation, so that Plaintiff and Defendant could focus their efforts on mediation with an eye toward saving additional costs and expenses to facilitate settlement.

9. For these reasons, Plaintiff and Defendant submit that good cause exists for a brief extension of the expert disclosure deadlines and expert discovery deadline.

10. Through their meet and confer efforts, Parties by and through their respective counsel, hereby agree, stipulate, and request The Court to modify the pretrial schedule as follows:

   A. To extend the Expert Disclosures deadline from August 2, 2024 to August 20, 2024;

   B. To extend the Rebuttal Expert Disclosures deadline from September 3, 2024 to September 20, 2024;.

   C. To extend the Expert Discovery deadline from October 4, 2024 to October 22, 2024; and

   D. That the Dispositive Motion, Pretrial Conference and Jury Trial dates remain the same, in accordance with our June 24, 2025, trial date.

Accordingly, the Parties request that the Court issue the attached Order granting the extension of the expert disclosure deadlines and expert discovery deadline, as described above.

Dated:  July 22, 2024                                   McCORMICK, BARSTOW, SHEPPARD,
                                                                          WAYTE & CARRUTH LLP


                                                            By:           /s/Gregory S. Mason
                                                                          Gregory S. Mason
                                                            Attorneys for Defendant, COSTCO WHOLESALE
                                                                          CORPORATION


Dated:  July 22, 2024                                                SAWL LAW GROUP


                                                            By:           /s/Corina Burchfield
                                                                          Corina Burchfield
                                                            Attorneys for Plaintiff, SUSAN LAWRENCE

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 45), IT IS ORDERED that the Court's scheduling order (ECF No. 39) is modified as follows:

1. The Expert Disclosures deadline is extended from August 2, 2024 to August 20, 2024;
2. The Rebuttal Expert Disclosures deadline is extended from September 3, 2024 to September 20, 2024; and
3. The Expert Discovery deadline is extended from October 4, 2024 to October 22, 2024.
4. The Dispositive Motion, Pretrial Conference and Jury Trial dates remain as previously set.

IT IS SO ORDERED.

Dated:   **July 23, 2024**                      /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

4