UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN LAWRENCE,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 1:22-cv-00931-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 49). |

On September 11, 2024, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 49). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 12, 2024**              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

1